**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE. NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

OCT 2 1 2025

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25.4419 KWR |
| ) | |
| vs. ) | Count 1: 21 U.S.C. § 846: Conspiracy; |
| ) | |
| **JOSEPH PADILLA,** ) | Count 2: 21 U.S.C. §§ 841(a)(1) and |
| **ALFONSO MOYA,** ) | (b)(1)(A)(vi):  Distribution of 400 Grams |
| **ANGEL ORTIZ,** and ) | and More of Fentanyl (N-phenyl-N-[1-( 2- |
| **KENNETH WISE,** ) | phenylethyl)-4-piperidinyl] propanamide); |
| ) | |
| Defendants. ) | Count 3: 18 U.S.C. § 924(c)(1)(A)(i): |
| ) | Possessing a Firearm in Furtherance of a |
| ) | Drug Trafficking Crime; |
| ) | |
| ) | Count 4: 21 U.S.C. §§ 841(a)(1) and |
| ) | (b)(1)(A)(vi):  Possession with Intent to |
| ) | Distribute 400 Grams and More of |
| ) | Fentanyl (N-phenyl-N-[1-( 2- |
| ) | phenylethyl)-4-piperidinyl] propanamide); |
| ) | 18 U.S.C. § 2:  Aiding and Abetting; |
| ) | |
| ) | Count 5: 21 U.S.C. §§ 841(a)(1) and |
| ) | (b)(1)(A)(ii):  Possession with Intent to |
| ) | Distribute 5 Kilograms and More of |
| ) | Cocaine; 18 U.S.C. § 2:  Aiding and |
| ) | Abetting. |

## INDICTMENT

The Grand Jury charges:

### Count 1

From on or about March 21, 2025, and continuing to on or about April 30, 2025, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendants, **JOSEPH PADILLA, ALFONSO MOYA, ANGEL ORTIZ,** and **KENNETH WISE**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted

interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance.

<u>Quantity of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide)<br>Involved in the Conspiracy</u>

With respect to **JOSEPH PADILLA, ALFONSO MOYA, ANGEL ORTIZ,** and **KENNETH WISE**, the amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), contrary to 21 U.S.C. § 841(b)(1)(A)(vi).

<u>Quantity of Cocaine Involved in the Conspiracy</u>

With respect to **JOSEPH PADILLA, ALFONSO MOYA,** and **KENNETH WISE**, the amount of cocaine involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, contrary to 21 U.S.C. § 841(b)(1)(A)(ii).

In violation of 21 U.S.C. § 846.

<u>Count 2</u>

On or about April 24, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **ANGEL ORTIZ**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi).

Count 3

On April 25, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **ANGEL ORTIZ**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, conspiracy to distribute a controlled substance as charged in Count 1 of this indictment, and distribution of 400 grams and more of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) as charged in Count 2 of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Count 4

On or about April 28, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **KENNETH WISE**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi), and 18 U.S.C. § 2.

Count 5

On or about April 28, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **KENNETH WISE**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved five kilograms and more of a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii), and 18 U.S.C. § 2.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 21 U.S.C. §§ 841 or 846, the defendants,

**JOSEPH PADILLA, ALFONSO MOYA, ANGEL ORTIZ,** and **KENNETH WISE,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or

derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of, the offense(s). The property to be forfeited includes, but is not limited to:

1. MONEY JUDGMENT

A sum of money representing the property constituting, or derived from, any proceeds

that the defendants obtained, directly or indirectly, as a result of the offenses set forth in the

Counts of conviction.

2. PERSONAL PROPERTY

    a.  $84,784.52 in U.S. currency;

    b.  Black rifle, serial number S/N ZA001570;

    c.  Black 12 gauge shotgun, S/N NY554081;

    d.  Green AK-47 Rifle, S/N 72416;

    e.  Black CZ Scorpion firearm, S/N US07135;

    f.  Black FN 509 9mm pistol, S/N GKS0017013;

    g.  Tan FN 509 9mm pistol, S/N GKS0224803;

    h.  Black Glock 21 .45 caliber pistol, S/N AFDY319;

    i.  Beige Glock 19 9mm pistol, S/N CELG659;

    j.  Miscellaneous ammunition;

    k.  Glock 19, serial number BUYG814;

4

l.   Ammunition loaded into Glock 19, serial number BUYG814;

m.  Ammunition in box seized from 6606 Los Paisano Ct SW/5305 Powers Way SW;

n.   Glock 19, serial number BPWA687;

o.   Ammunition loaded into Glock 19, serial number BPWA687;

p.   $10,436 in U.S. currency seized from 6606 Los Paisano Ct SW/5305 Powers Way SW.

3. REAL PROPERTY

a.   real property at 6606 Los Paisanos Ct SW, Albuquerque, Bernalillo County, New Mexico, 87121, described as: Bernalillo County parcel identification number 101005022002730166, LT 4 PLAT OF PAISANO ESTATES CONT 1.1056 AC.

4. SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence,

b. has been transferred or sold to, or deposited with, a third party,

c. has been placed beyond the jurisdiction of the Court,

d. has been substantially diminished in value, or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

Upon conviction of any offense in violation of 18 U.S.C. § 924(c), the defendants, **JOSEPH PADILLA, ALFONSO MOYA, ANGEL ORTIZ,** and **KENNETH WISE,** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28

5

U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a.  Black rifle, serial number S/N ZA001570;

b.  Black 12 gauge shotgun, S/N NY554081;

c.  Green AK-47 Rifle, S/N 72416;

d.  Black CZ Scorpion firearm, S/N US07135;

e.  Black FN 509 9mm pistol, S/N GKS0017013;

f.  Tan FN 509 9mm pistol, S/N GKS0224803;

g.  Black Glock 21 .45 caliber pistol, S/N AFDY319;

h.  Beige Glock 19 9mm pistol, S/N CELG659;

i.  Miscellaneous ammunition;

j.  Glock 19, serial number BUYG814;

k.  Ammunition loaded into Glock 19, serial number BUYG814;

l.  Ammunition in box seized from 6606 Los Paisano Ct SW/5305 Powers Way;

m.  Glock 19, serial number BPWA687;

n.  Ammunition loaded into Glock 19, serial number BPWA687.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

6